IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:05-CR-0206 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **DERRICK CAMPBELL** | : | |

### ORDER

AND NOW, this 10th day of August, 2006, upon consideration of the motion to allow temporary release from home confinement (Doc. 30), in which defendant requests permission to attend the funeral of his cousin, see 18 U.S.C. § 3583(e)(2) (providing that the court "may modify . . . the conditions of supervised release . . . if it is satisfied that such action in warranted by the conduct of the defendant released and the interest of justice"); see also FED. R. CRIM. P. 32.1(c), and it appearing that the government concurs in the requested temporary release from home confinement (see Doc. 30 ¶ 8), and the court finding that a temporary modification of the conditions of defendant's supervised release and home confinement is warranted and in the interest of justice, it is hereby ORDERED that the motion (Doc. 30) is GRANTED as follows:

1. The conditions of defendant's supervised release and home confinement (Doc. 28) are MODIFIED to allow defendant to leave his residence on Thursday, August 10, 2006 and return before work on Monday, August 14, 2006, for the purpose of traveling from Harrisburg, Pennsylvania to Lawrenceville, Georgia to attend the funeral of his cousin.  See 18 U.S.C. § 3583(e)(2).

2.	All previously imposed conditions of defendant's supervised release and home confinement (Doc. 28) remain in full force and effect except as modified herein.


				  S/ Christopher C. Conner
				CHRISTOPHER C. CONNER
				United States District Judge